# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

MOXY RESTAURANT ASSOCIATES, INC.                Case No. 24-10449 (MEW)

                                                CHAPTER 11

     Debtor.

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

Samuel Dawidowicz
215 East 68th Street
New York, New York 10065
(917) 679-0382

The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.

Date:   March 21, 2024                    William K. Harrington
                                          United States Trustee for Region 2
                                          U.S. Department of Justice
                                          One Bowling Green, Room 534
                                          New York, New York, 10004
                                          Tel. No. (212) 510-0500

                                          By: _/s/ Greg M. Zipes_____
                                          Greg M. Zipes
                                          Trial Attorney