MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Ph.: 973-736-4600
Fax: 973-736-4670
Vincent J. Roldan
vroldan@mblawfirm.com
*Proposed Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In Re:

MOXY RESTAURANT ASSOCIATES INC.

        Debtor

-------------------------------------------------------X

Chapter 11

Case No.: 24-10449-MEW

## DECLARATION PURSUANT TO 11 USC 1187 AND 1116(1)(b)

I, Thomas McCarthy, declare, certify, verify and/or state under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. §1746, as follows:

1. I am a director of Moxy Restaurant Associates, Inc. ("Debtor").

2. I am familiar with the facts and circumstances as recited herein. If called upon to testify, I could and would testify competently to the facts set forth herein.

3. No balance sheet, cash flow statement, or statement of operations has been prepared for the Debtor.

4. I am attaching the most recent tax return for the Debtor. This tax return contains a balance sheet and cash flow statement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: New York, New York
       March 26, 2024

                                                                                              */s/ Thomas McCarthy*

1