MOXY RESTAURANT ASSOCIATES INC.
13 Week Cash Flows
For INTERNAL USE ONLY

| Week Ending | 1<br>4/7/2024 | 2<br>4/14/2024 | 3<br>4/21/2024 | 4<br>4/28/2024 | 5<br>5/5/2024 | 6<br>5/12/2024 | 7<br>5/19/2024 | 8<br>5/26/2024 | 9<br>6/2/2024 | 10<br>6/9/2024 | 11<br>6/16/2024 | 12<br>6/23/2024 | 13<br>6/30/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | $ 44,546 | $ 30,822 | $ 46,344 | $ 39,608 | $ 53,642 | $ 43,175 | $ 45,104 | $ 15,577 | $ 27,877 | $ 10,253 | $ 27,846 | $ 16,438 | $ 31,576 |
| Gross receipts | $ 92,985 | $ 84,138 | $ 99,935 | $ 104,016 | $ 102,959 | $ 102,959 | $ 102,959 | $ 102,959 | $ 92,356 | $ 92,356 | $ 92,356 | $ 92,356 | 92,356 |
| Less: Merchand fees | $ (2,325) | $ (2,103) | $ (2,498) | $ (2,600) | $ (2,574) | $ (2,574) | $ (2,574) | $ (2,574) | $ (2,309) | $ (2,309) | $ (2,309) | $ (2,309) | (2,309) |
| **Total Cash Receipts** | $ 90,660 | $ 82,035 | $ 97,437 | $ 101,416 | $ 100,385 | $ 100,385 | $ 100,385 | $ 100,385 | $ 90,047 | $ 90,047 | $ 90,047 | $ 90,047 | 90,047 |
| COGS | $ 27,895 | $ 25,241 | $ 29,981 | $ 31,205 | $ 30,888 | $ 30,888 | $ 30,888 | $ 30,888 | $ 27,707 | $ 27,707 | $ 27,707 | $ 27,707 | 27,707 |
| Sales Tax | $ - | $ - | $ 32,920 | $ - | $ - | $ - | $ 29,000 | $ - | $ - | $ - | $ 29,000 | $ - | - |
| Bank & Finance Charges | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | 250 |
| Insurance | $ 2,854 | $ 2,854 | $ 2,854 | $ 2,854 | $ 2,854 | $ 2,854 | $ 2,854 | $ 2,854 | $ 2,854 | $ 2,854 | $ 2,854 | $ 2,854 | 2,854 |
| Legal & Professional | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Linens | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | $ 335 | 335 |
| Employees Wages & Salaries incl. tips/benefits | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | 25,000 |
| Officers' Salaries | $ 4,600 | $ 4,600 | $ 4,600 | $ 4,600 | $ 4,600 | $ 4,600 | $ 4,600 | $ 4,600 | $ 4,600 | $ 4,600 | $ 4,600 | $ 4,600 | 4,600 |
| Payroll Taxes & Payroll Benefits | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | $ 3,625 | 3,625 |
| Rent & Lease | $ 35,216 | $ - | $ - | $ - | $ 35,216 | $ - | $ - | $ - | $ 35,216 | $ - | $ - | $ - | - |
| Repair & Maintenance | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | $ 1,050 | 1,050 |
| Restaurant Supplies | $ 2,438 | $ 2,438 | $ 2,438 | $ 2,438 | $ 2,438 | $ 2,438 | $ 2,438 | $ 2,438 | $ 2,438 | $ 2,438 | $ 2,438 | $ 2,438 | 2,438 |
| Security | $ 820 | $ 820 | $ 820 | $ 820 | $ 820 | $ 820 | $ 820 | $ 820 | $ 820 | $ 820 | $ 820 | $ 820 | 820 |
| Software Subscriptions | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | $ 300 | 300 |
| SubChapter V Fees | $ - | $ - | $ - | $ 1,000 | $ - | $ - | $ - | $ 1,000 | $ - | $ - | $ - | $ - | 1,000 |
| Utilities | $ - | $ - | $ - | $ 11,450 | $ - | $ - | $ - | $ 11,450 | $ - | $ - | $ - | $ - | 11,450 |
| **Total Operating** | $ 104,383 | $ 66,513 | $ 104,173 | $ 84,926 | $ 107,376 | $ 72,159 | $ 101,159 | $ 84,609 | $ 104,195 | $ 68,978 | $ 97,978 | $ 68,978 | 81,428 |
| **Pre-bankruptcy Payments** | | | | | | | | | | | | | |
| Pre-bankruptcy Employees Wages & Salaries incl. tips/benefits | $ - | $ - | $ - | $ - | $ - | $ 22,821 | $ 22,821 | $ - | $ - | $ - | $ - | $ - | - |
| Pre-bankruptcy Sales Tax Debt (12 months payment plan) | $ - | | | | $ 3,476 | $ 3,476 | $ 3,476 | $ 3,476 | $ 3,476 | $ 3,476 | $ 3,476 | $ 3,476 | 3,476 |
| **Total Pre-bankruptcy Payments** | $ - | $ - | $ - | $ - | $ 3,476 | $ 26,297 | $ 26,297 | $ 3,476 | $ 3,476 | $ 3,476 | $ 3,476 | $ 3,476 | 3,476 |
| **Finance** | | | | | | | | | | | | | |
| Chase - Line of Credit Payment | $ - | $ - | $ - | $ 1,500 | $ - | $ - | $ 1,500 | $ - | $ - | $ - | $ - | $ 1,500 | - |
| SBA - EIDL Loan Payment | $ - | $ - | $ - | $ 955 | $ - | $ - | $ 955 | $ - | $ - | $ - | $ - | $ 955 | - |
| **Total Finance** | $ - | $ - | $ - | $ 2,455 | $ - | $ - | $ 2,455 | $ - | $ - | $ - | $ - | $ 2,455 | - |
| **TOTAL DISBURSEMENTS** | $ 104,383 | $ 66,513 | $ 104,173 | $ 87,381 | $ 110,852 | $ 98,457 | $ 129,912 | $ 88,085 | $ 107,671 | $ 72,455 | $ 101,455 | $ 74,910 | 84,905 |
| **Net Cash Flow** | $ (13,723) | $ 15,521 | $ (6,736) | $ 14,034 | $ (10,467) | $ 1,928 | $ (29,527) | $ 12,300 | $ (17,624) | $ 17,593 | $ (11,407) | $ 15,138 | 5,143 |
| **Ending Cash Balance** | $ 30,822 | $ 46,344 | $ 39,608 | $ 53,642 | $ 43,175 | $ 45,104 | $ 15,577 | $ 27,877 | $ 10,253 | $ 27,846 | $ 16,438 | $ 31,576 | 36,719 |